**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 23-1462**

_____

BRANDI MURPHY,

        Plaintiff - Appellant,

    v.

JONATHAN FRANKLIN,

        Defendant - Appellee.

_____

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond.  John A. Gibney, Jr., Senior District Judge.  (3:22-cv-00096-JAG)

_____

Submitted:  December 31, 2024               Decided:  April 3, 2025

_____

Before WILKINSON and BENJAMIN, Circuit Judges, and TRAXLER, Senior Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Brandi Murphy, Appellant Pro Se.  Jeremy David Capps, Blaire Hawkins O'Brien, HARMAN CLAYTOR CORRIGAN & WELLMAN, Glen Allen, Virginia, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Brandi Murphy filed a complaint against Jonathan Franklin, an investigator with the King George County Department of Social Services, alleging that he committed fraud under Virginia law and violated her substantive due process rights during an investigation involving her family. The district court granted Franklin's motion to dismiss for failure to state a claim. *See* Fed. R. Civ. P. 12(b)(6). We have reviewed the record and find no reversible error. Accordingly, we deny Murphy's motion to strike Franklin's informal response brief and affirm the district court's order. *Murphy v. Franklin*, No. 3:22-cv-00096-JAG (E.D. Va. Aug. 18, 2022). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*